UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:01-CR-909-PCH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

BYRON TURNER

   Defendant.                              /

## ORDER REQUIRING RESPONSE

THIS CAUSE comes before the Court upon the Defendant's letter dated May 30, 2008 requesting the appointment of legal counsel. After careful review of the Motion, it is hereby

ORDERED AND ADJUDGED that the U.S. Federal Public Defender's Office shall file a brief response to the Defendant's letter on or before **Friday, June 20, 2008.**

DONE AND ORDERED in Chambers, Miami, Florida, this _10_ day of June, 2008.

                                                Paul C. Huck
                                                United States District Judge

Copies to:
All Counsel of Record
U.S. Probation