# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| BYRON TURNER | ) Case No: 01-CR-999-PCH |
| | ) USM No: 62542-004 |
| Date of Previous Judgment: May 23, 2002 | ) DAVID O. MARKUS |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  X  DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: _____ | | Amended Offense Level: _____ | |
| Criminal History Category: _____ | | Criminal History Category: _____ | |
| Previous Guideline Range: _____ to _____ months | | Amended Guideline Range: _____ to _____ months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The Defendant is not eligible for the relief he seeks pursuant to Amendment 706 because he was sentenced as a career offender under U.S.S.G. § 4B1.1. See U.S. V. Moore, F.3d, 2008 WL 4093400 (11th Cir. 2008.).

,

Except as provided above, all provisions of the judgment dated  05-23-02  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  October 7, 2008

Judge's signature

Effective Date: October 9, 2008
(if different from order date)

PAUL C. HUCK, U.S. DISTRICT COURT JUDGE
Printed name and title